# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Glen Ellyn Pharmacy, Inc.
                          Plaintiff,

v.                                                       Case No.: 1:19–cv–01555
                                                          Honorable Jorge L. Alonso

YS Marketing, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. The parties report they have reached an agreement. Glen Ellyn's individual claims against YS Marketing, Inc. are dismissed with prejudice. Each party to bear their own costs. The Class Action claims against YS Marketing Inc. are dismissed without prejudice. The claims against John Does 1–10 are dismissed without prejudice. Civil case terminated. Notices mailed by Judge's staff. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.